# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville, NY  11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

DIRECT DIAL:  (631) 247-4658
EMAIL ADDRESS:  DAVID.GREENHAUS@JACKSONLEWIS.COM

December 23, 2024

**VIA ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:   *Ivelisse Herrera v. Another Ride Inc., et al*
      Case No. 1:24-cv-05539-RA

Dear Judge Abrams:

We represent Respondents Another Ride Inc., Don Thomas Buses Inc., Jennifer Ayala, Liz Gamba, and Anthony Gaudio (identified as Anthony "Doe") in the above-referenced matter.  We write, pursuant to Your Honor's Individual Practice Rule 1.D, and with consent of Plaintiff's counsel, to respectfully request an adjournment of the initial conference scheduled for January 3, 2025 at 12:30 p.m., and stay any other deadlines, such as the December 27, 2024 joint status letter and proposed case management plan deadlines.

On October 28, 2024, this Court referred the parties to mediation.  A mediator was not assigned until December 17, 2024.  A mediation, therefore, has not yet been scheduled.  The parties therefore request that the conference be adjourned and any other deadlines be stayed until after mediation has taken place.  This is the parties' first request for an adjournment of any deadlines.

Thank you for Your Honor's consideration of this request.

cc: All counsel of record (via ECF)

Respectfully submitted,

JACKSON LEWIS P.C.

*David S. Greenhaus*

David S. Greenhaus

---

Application granted. The conference previously scheduled for January 3, 2025 is hereby adjourned *sine die*, and all associated deadlines are stayed. The parties shall provide a joint status update to the Court within one week of the mediation.

SO ORDERED.

_____
Hon. Ronnie Abrams
December 24, 2024